CARMEN A. TRUTANICH, City Attorney (SBN # 86629x)
GARY G. GEUSS, Chief Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney
RENA M. SHAHANDEH, Deputy City Attorney (SBN - 198072)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Tel: (213) 978-7047  Fax: (213) 978-8785
e-mail: rena.shahandeh@lacity.org

Attorneys for Defendants CITY OF LOS ANGELES, JORGE ALFARO AND JACOB AVALOS

E-FILED 05/18/11
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PARRA, individually, and as successor in interest to the ESTATE OF SERGIO ROSAS; and JOSE ROSAS, individually, and as successor in interest to the ESTATE OF SERGIO ROSAS<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JORGE ALFARO; JACOB AVALOS; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 09-05304 PSG (JCx)<br>**Assigned to Hon. Philip S. Gutierrez**<br><br>[~~PROPOSED~~] **JUDGMENT AFTER TRIAL BY JURY** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD THEREIN:**

This action came on regularly for trial on May 10, 2011 in Courtroom "880" of the United States District Court for the Central District of California before the Honorable Philip S. Gutierrez, United States District Court Judge. Plaintiffs MARIA PARRA, individually, and as successor in interest to the ESTATE OF SERGIO ROSAS; and JOSE ROSAS, individually, and as successor in interest to the ESTATE OF SERGIO ROSAS were represented by Pete R. Navarro. The Defendants CITY OF LOS

1

ANGELES, JORGE ALFARO and JACOB AVALOS, were represented by Deputy City Attorney Rena M. Shahandeh.

A jury of eight (8) persons were regularly empaneled and sworn. Witnesses were sworn and testified and documentary evidence was introduced and admitted into evidence. During trial, one juror was excused for cause and by stipulation of both counsel. The cause was submitted to the remaining 7 jurors with directions to return a verdict on the issues, if after proper deliberations, they could do so. After hearing the evidence and arguments of counsel, the jury deliberated and thereafter returned to the court with their unanimous verdict as follows, to-wit:

## JURY VERDICT

WE, THE JURY, in the above-entitled action, unanimously find on the questions presented as follows:

**QUESTION NO. 1**: Do you find that Jorge Alfaro used unreasonable force in violation of Sergio Rosas' constitutional rights? (Please check one)

\_\_\_\_\_ yes     no\_\_\_X\_\_\_

**QUESTION NO. 2**: Do you find that Jacob Avalos used unreasonable force in violation of Sergio Rosas' constitutional rights? (Please check one)

\_\_\_\_\_ yes     no\_\_\_X\_\_\_

**QUESTION NO. 3**: Do you find that the actions of Jorge Alfaro violated the Plaintiffs' rights to familial association? (Please check one)

\_\_\_\_\_ yes     no\_\_\_X\_\_\_

**QUESTION NO. 4**: Do you find that the actions of Jacob Avalos violated the Plaintiffs' rights to familial association? (Please check one)

\_\_\_\_\_ yes     no\_\_\_X\_\_\_

Please proceed to Question No. 5 *only* if you have answered "yes" to either Question No. 1, 2, 3 or 4. If you answered "no" to each of these questions, answer no further questions. Please date, sign and return this form.

**QUESTION NO. 5**: Do you find by a preponderance of the evidence that either Jorge Alfaro or Jacob Avalos was guilty of malice or oppression such as to justify the imposition of punitive damages?

Jorge Alfaro: \_\_\_\_\_yes  no\_\_\_\_\_

Jacob Avalos: \_\_\_\_\_yes  no\_\_\_\_\_

Please date, sign and return this form.

DATED: \_\_\_5 - 13 - 11\_\_\_   _____/S/_____
                                         Presiding Juror

**JUDGMENT**

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. That judgment be, and hereby is, entered in favor of the Defendants and against the Plaintiffs;
2. That the Plaintiffs shall take nothing;
3. That the Defendants recover their costs of suit herein.

DATED: 05/18/11     **PHILIP S. GUTIERREZ**
                    **HONORABLE PHILIP S. GUTIERREZ**
                    **UNITED STATES DISTRICT COURT JUDGE**

3